IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LIBERTY WORKS RADIO NETWORK, ET AL. | * | |
| v. | * | Civil No. JFM-01-3110 |
| JAMES DEMIDO | * | |

\*\*\*\*\*

MEMORANDUM

Defendant, James Demido, has filed a motion to transfer and a motion to extend the time for completion of discovery. Plaintiffs, Liberty Works Radio Network and John B. Kotmair, Jr., have not responded to either motion.

It appears from Demido's motion to transfer that this case is closely related to litigation Demido has instituted against Liberty Works Radio Network, in the Fulton County Superior Court in Georgia. It also appears that this case involves computer equipment physically located in Georgia. Under these circumstances, I am satisfied that for the convenience of the parties and the witnesses and in the interest of justice, it is appropriate to transfer this action to the Northern District of Georgia, at Atlanta.

In his motion to extend the time for completion of discovery, Demido requests an extension for the completion of discovery to May 1, 2002. In light of the fact that this action is being transferred to the Northern District of Georgia, I will extend the discovery deadline until June 7, 2002.

Date: April 3, 2002

J. Frederick Motz
United States District Judge