IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LIBERTY WORKS RADIO NETWORK, ET AL. | * | |
| v. | * | Civil No. JFM-01-3110 |
| JAMES DEMIDO | * | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this _3rd_ day of April 2002

ORDERED

1. Defendant's motion to transfer is granted;

2. This action is transferred, pursuant to 28 U.S.C. §1404(a) to the Northern District of Georgia, at Atlanta;

3. Defendant's motion to extend the time for completion of discovery is granted; and

4. The discovery deadline is extended to June 7, 2002.

J. Frederick Motz
United States District Judge

2